**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6509

JERRY L. JOHNSON,

Plaintiff - Appellant,

versus

BOARD OF CORRECTIONS; DOUGLAS TAYLOR, Warden;
J. GLENN ALEWINE, Medical Director; MICHAEL
SHEATIE, Deputy Warden, in their individual
and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-96-2555-2-10AJ)

Submitted:  September 9, 1997       Decided:  October 15, 1997

Before MURNAGHAN and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jerry L. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(A) (West Supp. 1997). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Johnson v. Board of Corrections, No. CA-96-2555-2-10AJ (D.S.C. Mar. 13, 1997). We deny the motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED